**Form ODSC7fi**

# UNITED STATES BANKRUPTCY COURT
## Northern District of California (Santa Rosa)

| | |
|---|---|
| In re:<br>Zeeshan Ahmed<br><br>23 Sonoma St. #C<br>San Rafael, CA 94901<br><br>Debtor(s)<br><br>**Debtor/Joint Debtor Social Security Number(s):**<br>xxx–xx–6633 | **Case Number:** 04–10008 AJ 7<br>**Chapter:** 7 |

## DISCHARGE OF DEBTOR AND FINAL DECREE

It appearing that the debtor(s) is/are entitled to a discharge, **IT IS ORDERED** :
The debtor(s) is/are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

It further appears that the trustee, Jeffry Locke in the above–entitled case has filed a report of no distribution and said Trustee has performed all other and further duties required in the administration of said estate; accordingly, it is hereby

ORDERED that the chapter 7 case of the above–named debtor is closed; that the Trustee is discharged and relieved of said trust.

Dated: 3/30/04

By the Court:

Alan Jaroslovsky
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

Doc # 9

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a discharged debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:]* A creditor who violates this order can be required to pay damages and attorney's fees to the debtor. [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the discharged the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts that are in the nature of alimony, maintenance, or support;

c. Debts for most student loans;

d. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

e. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

f. Some debts which were not properly listed by the debtor;

g. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

h. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
BAE SYSTEMS
Enterprise Systems Incorporated              CERTIFICATE  OF  SERVICE
11487 Sunset Hills Road
Reston, Virginia 20190-5234

District/off: 0971-1          User: klau              Page 1 of 2              Date Rcvd: Mar 30, 2004
Case: 04-10008                Form ID: ODSC7fi        Total Served: 77


The following entities were served by first class mail on Apr 01, 2004.
db          Zeeshan Ahmed,   23 Sonoma St. #C,   San Rafael, CA  94901
aty         John A. Vos,   Law Offices of John A. Vos,   1430B Lincoln Ave.,   San Rafael, CA  94901
tr          Jeffry Locke,   4460-16 Redwood Hwy,   Suite K,   San Rafael, CA  94903
smg         CA Employment Development Dept.,   Bankruptcy Group MIC 92E,   P.O. Box 826880,
              Sacramento, CA  94280-0001
smg         Franchise Tax Board,   Bankruptcy Group,   P.O. Box 2952,   Sacramento, CA  95812-2952
ust         Office of the U.S. Trustee / SR,   250 Montgomery St. #1000,   San Francisco, CA  94104
cr          Arrow Financial Services,   c/o Becket & Lee,   P.O. Box 3001,   Malvern, PA  19355-0701
7112966     AT&T,   Acct: **** 9050,   2333 Nissen Drive,   Livermore, CA  94550
7112964     AT&T Telephone,   Box 8212,   Aurora  IL  60572-8212
7112965     AT&T-CCS,   P.O. Box 57907,   Murray, UT  84157
7112957     AmEx,   Post Box 7871,   Fort Lauderdale, FL  33329
7112956     American Express,   P.O. Box 7871,   Ft. Lauderdale, FL  33329
7112953     American Express Bank,   Acct: **** 1005,   The Optima Card, Ste 0002,
              Los Angeles, CA  90096-0002
7112954     American Express Centurion Bk,   Acct: **** 1004,   c/o The Optima Card, Ste 0002,
              Los Angeles, CA  90096-0002
7112958     Arrow Financial,   21031 Network Place,   Chicago, IL  60678-1031
7112959     Aspire Visa,   P.O. Box 105555,   Atlanta, GA  30348-5555
7112960     Aspire Visa,   Acct: **** 5109,   P.O. Box 23013,   Columbus, GA  31902-3013
7112962     Associates Bank,   Acct: 46212011 XXXX,   Processing Center,   Des Moines, IA  50363-2200
7112961     Associates Bank,   Acct: ****,   Processing Center,   Des Moines, IA  50363-2200
7112963     Associates Dept 5-MGBI,   P.O Box 15687,   Wilmington, DE  19850-5687
7112967     Attorney General - US DOJ,   Tax Division, Box 36055,   450 Golden Gate Ave, 16th Flr.,
              San Francisco, CA 94102
7112968     Banco Popular,   Acct: **** 3646,   Box 60142,   City of Industry, CA  91716
7112971     Bay Area Credit Service,   50 Airport Parkway, Suite 100,   San Jose, CA  95110-3722
7112973     CB&T,   Acct: 4791 ****,   Box 723896,   Atlanta, GA  31139-0896
7112972     Card Service Center,   P.O. Box 6077,   Sioux Falls, SD  57117-6077
7112975     Chase,   150 West University Dr #G2,   Tempe, AZ  85281-3640
7112976     Chase,   Acct: **** 3699,   P.O. Box 15700,   Wilmington, DE  19886
7112974     Chase Cardmember Service,   4915 Independence Pkwy,   Tampa, FL  33634-7540
7112978     Citibank,   8725 West Sahara Avenue,   The Lakes, NV  89117
7112977     Citibank Citicards,   Acct: **** 1293,   P.O. Box 6000,   The Lakes, NV 88901-6000
7112979     Citicorp Credit Services,   7920 N.W. 110th Street,   Kansas City, MO  64153-0000
7112980     Collections 2747 BofAmerica,   1825 E. Buckeye Road #2723,   Phoenix, AZ  85034
7112981     Conseco,   Acct: 7074 5001 0088 6162,   900 Concourse Drive,   Rapid City, SD  5703
7112982     Credit Bureau of America,   25954 Eden Landing Road 1st fl,   Hayward, CA  94545-3836
7112983     Direct Marchants Bank,   17600 Perimeter Dr,   Scottsdale, AZ  85255-5440
7112986     Direct Merchants,   c/o Harold E. Scherr, Esq.,   4237 Salisbury Rd Ste 101,
              Jacksonville, Fl  32216
7112985     Direct Merchants Bank,   P.O. Box 21550,   Tulsa, OK  74121-1530
7112984     Direct Merchants Bank,   Acct: 5458 ****,   P.O. Box 17036,   Baltimore, MD  21297-0448
7112991     Exxon Mobil,   P.O.Box 103031,   Roswell, GA  30076
7112990     Exxon Mobil,   P.O. Box 4557,   Carol Stream, IL  60197-4557
7112992     Exxon/Mobil,   Acct: **** 0164,   P.O. Box 105980,   Atlanta, GA  30348-5980
7112993     FoMoCo,   P.O. Box 7289,   Pasadena, CA  91109-7389
7112995     Ford Motor Credit,   P.O. Box 543099,   Omaha, NE  68154
7112994     Ford Motor Credit,   National Bankruptcy ServiceCtr,   P.O. Box 537901,   Livonia, MI  48153-7901
7112998     Franchise Tax Board,   Special Procedures,   P.O. Box 2952,   Sacramento, CA  95812-2952
7112996     Franchise Tax Board,   P.O. Box 942857,   Sacramento, CA  95857
7112997     Franchise Tax Board,   P.O. Box 942867,   Sacramento, CA  94267-2021
7112999     HB Comp Usa,   Box 15524,   Wilmington, DE  19850
7113000     Household Bank,   Northland Group, Inc.,   992 S. Robert Street,   West St. Paul, MN  55118
7113001     Household Bank,   Acct: **** 5369,   P.O. Box 60102,   City of Industry, CA 91716
7113006     Pinnacle Financial (Aspire),   7825 Washington Ave S Ste 410,   Minneapolis, MN  55439-2409
7113011     Providian,   P.O. Box 9553,   Manchester, NH
7113010     Providian,   Acct: **** 9456,   295 Main Street,   Tilton, NH  03276
7113012     Providian,   c/o First PerformanceRecovery,   600 Pilot Road Ste B,   Las Vegas, NV  89119
7113009     Providian,   245 Perimeter Center Pkwy,   Atlanta, GA  30346-2306
7113007     Providian Bank,   Acct: **** 1371,   295 Main Street,   Tilton, NH  03276
7113008     Providian National Bank,   Box 9007,   Pleasanton, CA  94566
7113013     RMS,   Box 105153,   Atlanta, GA  30348
7113014     SBC/Cingular,   Acct: **** 3922,   Payment Center,   Sacramento, CA  95887-0001
7113017     Sears,   Acct: **** 7108,   P.O. Box 5,   Boise, ID  83707
7113016     Sears Mastercard,   P.O. Box 5000,   Rancho Cucamongo, CA  91729
7113015     Sears Mastercard,   13200 Smith Road,   Cleveland, OH  44130
7113018     Sherman Acquisition,   c/o Eskanos and Adler,   2325 Clayton Road,   Concord, CA  94520
7113019     U.S. Attorney - Tax Division,   Civil Trial - Western Region,   P.O. Box 683, Ben Franklin Sta,
              Washington DC  20044
7113020     Universal Card Service Corptn.,   P.O. Box 6906,   The Lakes, NV  88901-6906
7113021     Universal Card/CBSDNA,   8787 Baypine Road,   Jacksonville, FL  32256-8528

The following entities were served by electronic transmission on Mar 31, 2004 and receipt of the transmission
was confirmed on:
aty         EDI: ECAST.COM Mar 31 2004 08:58:00     Barbara K. Hamilton,   Becket and Lee,   P.O. Box 3001,
              Malvern, PA  19355
smg         EDI: CALTAX.COM Mar 31 2004 08:52:00     Franchise Tax Board,   Bankruptcy Group,   P.O. Box 2952,
              Sacramento, CA  95812-2952
7112955     EDI: AMEREXPR.COM Mar 31 2004 08:53:00     American Express Centurion,
              Customer Service mail addresss,   P.O. Box 297804,   Ft. Lauderdale, FL  33329-7804
7112958     EDI: ARROW.COM Mar 31 2004 08:52:00     Arrow Financial,   21031 Network Place,
              Chicago, IL  60678-1031
```

```
The following entities were served by electronic transmission (continued)
7112962    EDI: CITICORP.COM Mar 31 2004 08:52:00     Associates Bank,   Acct: 46212011 XXXX,
              Processing Center,   Des Moines, IA   50363-2200
7112961    EDI: CITICORP.COM Mar 31 2004 08:52:00     Associates Bank,   Acct: ****,   Processing Center,
              Des Moines, IA   50363-2200
7112969    EDI: BANKAMER.COM Mar 31 2004 08:53:00     Bank of America,   P.O. Box 2493,   Norfolk, VA   23510
7112970    EDI: BANKAMER.COM Mar 31 2004 08:53:00     Bank of America,   Acct: **** 4899,   P.O. Box 53148,
              Phoenix, AZ   85072-3148
7112989    E-mail: mrdiscen@discoverfinancial.com Mar 31 2004 09:55:55     Discover,   P.O. Box 29028,
              Phoenix, AZ   85038-9028
7112987    E-mail: mrdiscen@discoverfinancial.com Mar 31 2004 09:55:54     Discover Card Green Trust Co.,
              Acct: **** 9759,   P.O. Box 30395,   Salt Lake City, UT   84130-0395
7112988    E-mail: mrdiscen@discoverfinancial.com Mar 31 2004 09:55:55     Discover Card Services,
              Discover Platinum,   P.O. Box 15192,   Wilmington, DE   19850-5192
7112998    EDI: CALTAX.COM Mar 31 2004 08:52:00     Franchise Tax Board,   Special Procedures,   P.O. Box 2952,
              Sacramento, CA   95812-2952
7112996    EDI: CALTAX.COM Mar 31 2004 08:52:00     Franchise Tax Board,   P.O. Box 942857,
              Sacramento, CA   95857
7112997    EDI: CALTAX.COM Mar 31 2004 08:52:00     Franchise Tax Board,   P.O. Box 942867,
              Sacramento, CA   94267-2021
7113002    EDI: IRS.COM Mar 31 2004 08:53:00     Internal Revenue Service,   Special Procedures/Insolvency3,
              1301 Clay Street - 14005,   Oakland, CA   94612
7113005    EDI: TSYS2.COM Mar 31 2004 08:52:00     Macy's,   P.O. Box 4567,   Carol Stream, IL   60197-4567
7113004    EDI: TSYS2.COM Mar 31 2004 08:52:00     Macy's,   J. Hennings, Collections Dept,
              1345 South 52nd Street,   Tempe, AZ   95281
7113003    EDI: TSYS2.COM Mar 31 2004 08:52:00     Macy's West,   Acct: 4901 ****,   P.O. Box 8122,
              Mason, OH   45040
7113011    EDI: PROVID.COM Mar 31 2004 08:53:00     Providian,   P.O. Box 9553,   Manchester, NH
7113010    EDI: PROVID.COM Mar 31 2004 08:53:00     Providian,   Acct: **** 9456,   295 Main Street,
              Tilton, NH   03276
7113007    EDI: PROVID.COM Mar 31 2004 08:53:00     Providian Bank,   Acct: **** 1371,   295 Main Street,
              Tilton, NH   03276
7113008    EDI: PROVID.COM Mar 31 2004 08:53:00     Providian National Bank,   Box 9007,
              Pleasanton, CA   94566
7113017    EDI: SEARS.COM Mar 31 2004 08:52:00     Sears,   Acct: **** 7108,   P.O. Box 5,   Boise, ID   83707
7113016    EDI: SEARS.COM Mar 31 2004 08:52:00     Sears Mastercard,   P.O. Box 5000,
              Rancho Cucamongo, CA   91729
7113015    EDI: SEARS.COM Mar 31 2004 08:52:00     Sears Mastercard,   13200 Smith Road,   Cleveland, OH   44130
                                                                                                     TOTAL: 25

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 01, 2004**               **Signature:**    *Joseph Speetjens*